UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CHAVEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, et al.,<br><br>Defendants. | Case No. 14-cv-00470-DMR   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  February 4, 2015<br>Mediator:  William Simmons |

IT IS HEREBY ORDERED that the request to excuse defendants Chief of Police, Diane Urban, and Richard McLeod from participating in the February 4, 2015, mediation before William Simmons is GRANTED.

**IT IS SO ORDERED**.

Dated: January 26, 2015

Maria-Elena James
United States Magistrate Judge