UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CHAVEZ,<br>    Plaintiff,<br>  v.<br>CITY OF HAYWARD, et al.,<br>    Defendants. | Case No. 14-cv-00470-DMR<br><br>**ORDER ON JOINT DISCOVERY LETTER**<br>Re: Dkt. No. 63 |

The court has received the parties' May 1, 2015 joint discovery letter. [Docket No. 63.] The court finds that this matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).

In the joint letter, Plaintiff states that he "seeks a Court Order to the Livermore Police Department to release the police reports and other documents related to the criminal prosecution of Defendant Richard McLeod." (Joint Letter 1.) However, the Livermore Police Department is not a party to this litigation.[1]

There is no indication that Plaintiff met and conferred with third party Livermore Police Department about its response to the subpoena. Accordingly, because Plaintiff failed to comply with the court's Standing Order regarding resolution of discovery disputes by meeting and conferring with Livermore Police Department, and filing a joint discovery letter with that entity, Plaintiff's motion to compel the Livermore Police Department to produce the requested documents is denied.

---

[1] Defendant City of Hayward represents that it does not have possession, custody or control of responsive documents within the meaning of Federal Rule of Civil Procedure 34(a)(1), and that Defendant McLeod does not himself have legal right to the criminal investigative file generated and maintained by the third party investigating agency. In the joint letter, Plaintiff appears to concede these points by instead opting to seek the documents solely from the City of Livermore Police Department.

**IT IS SO ORDERED.**

Dated: May 6, 2015



_____
Donna M. Ryu
United States Magistrate Judge