UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CHAVEZ,<br>        Plaintiff,<br>    v.<br>CITY OF HAYWARD, et al.,<br>        Defendants. | Case No. 14-cv-00470-DMR<br><br>**ORDER TO SUBMIT DECLARATION SUPPORTING MOTION TO SEAL**<br><br>Docket No. 67 |

On May 21, 2015, Plaintiff Joshua Chavez filed a motion to seal portions of his opposition to Defendants' motion for summary judgment, as well as certain exhibits related to his opposition. [Docket No. 67.] Plaintiff moved to seal the exhibits and references thereto in his opposition on the grounds that Defendants designated them as confidential in discovery pursuant to a protective order. Defendants have not filed a responsive declaration as required by Civil Local Rules 79-5(e)(1) and 79-5(d)(1)(A) establishing that these documents are sealable. Therefore, by June 8, 2015, Defendants shall file either a responsive declaration or a statement of non-opposition to the motion to seal.

**IT IS SO ORDERED.**

Dated: June 3, 2015



Donna M. Ryu
United States Magistrate Judge