United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HAYWARD, et al.,<br><br>    Defendants. | Case No. 14-cv-00470-DMR<br><br>**ORDER TO SUBMIT FURTHER INFORMATION SUPPORTING PLAINTIFF'S MOTION TO SEAL**<br><br>Re: Dkt. No. 67 |

On June 5, 2015, Defendants filed a declaration in support of Plaintiff's administrative motion to seal portions of his opposition to Defendants' motion for summary judgment. [Docket No. 74.] In the declaration, counsel states that Defendants withdraw the confidential designation as to certain documents. Therefore, it appears that Defendants seek to seal only documents bates-stamped 001157-1161, as well as Jeffrey Snell's deposition transcript and portions of Defendant Miller's deposition transcript marked confidential. However, it is unclear whether Defendants seek to seal all of the portions of Miller's deposition transcript marked confidential. Upon review of the transcript, it appears that Miller testified about at least one incident referenced in documents for which Defendants have withdrawn the confidentiality designation. Therefore, by no later than **12:00 p.m. on June 17, 2015**, Defendants shall file a brief statement specifying the exact documents they seek to seal, including identifying the page numbers of the deposition transcripts in question that they seek to seal.

**IT IS SO ORDERED.**

Dated: June 16, 2015



_____
Donna M. Ryu
United States Magistrate Judge