UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HAYWARD, et al.,<br><br>    Defendants. | Case No. 14-cv-00470-DMR<br><br>**SECOND ORDER TO SUBMIT FURTHER INFORMATION SUPPORTING PLAINTIFF'S MOTION TO SEAL**<br><br>Re: Dkt. No. 67 |

On June 16, 2015, the court issued an order directing Defendants to file a brief statement by 12:00 p.m. on June 17, 2015 specifying the exact documents they seek to seal, including identifying the page numbers of the deposition transcripts in question that they seek to seal. [Docket No. 78.] The court has reviewed Defendants' submission. [Docket No. 79.] It is still not clear which documents Defendants seek to seal, since they only discussed deposition transcripts and did not confirm the bates-numbers of any other documents they seek to seal. Therefore, by no later than 3:00 p.m. on June 17, 2015, Defendants shall file a second statement in which they identify *all* documents they seek to seal. This includes specifying either the bates numbers or ECF page numbers for documents, as well as the page numbers of the deposition transcripts that they seek to seal.

**IT IS SO ORDERED.**

Dated: June 17, 2015



_____
Donna M. Ryu
United States Magistrate Judge